## AULD v. CHAMBERLAIN ET AL.

SUFFICIENCY OF EVIDENCE.

*Appeal from Fayette Circuit Court.*

WEDNESDAY, DECEMBER 10.

ACTION to recover for work and labor performed by the plaintiff in the family of, and for, Ira Burbank, deceased, from March 1, 1872, to July 3, 1877. There was a trial to the court, judgment for the plaintiff for $750, and the defendants appeal.

*J. W. Rogers & Son*, for appellants.

*Ainsworth & Hobson*, and *Rickel & Clements*, for appellee.

SEEVERS, J.—The errors assigned are that there is not sufficient evidence to warrant the judgment, and that the damages are excessive. Each of us

have separately read and considered the evidence, and separately reached the conclusion we cannot interfere, under the settled practice of this court, with the judgment below. It is impossible to say the court was actuated by either passion or prejudice. On the contrary we are of the opinion the evidence fully warrants the finding.

AFFIRMED.